IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL ALLAN McCORMICK, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:16cv900-MHT |
| | ) | (WO) |
| CHRISTOPHER GORDY, et al., | ) | |
| | ) | |
|     Respondents. | ) | |

### ORDER

It is ORDERED that petitioner's objection (doc. no. 77) is overruled. There is no evidence of deliberate delay in petitioner's case. The court is experiencing high caseloads, and the United States Magistrate Judge will issue a recommendation on the petition in due course.

DONE, this the 12th day of October, 2017.

                                 /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE