IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SAMUEL ALLAN McCORMICK,       )
                              )
      Petitioner,             )
                              )       CIVIL ACTION NO.
      v.                      )        2:16cv900-MHT
                              )           (WO)
CHRITSOPHER GORDY, Warden,    )
and STEVEN T. MARSHALL,       )
The Attorney General for      )
the State of Alabama          )
                              )
      Respondents.            )

OPINION

     Pursuant to 28 U.S.C. § 2254, petitioner filed this

habeas-corpus case.   This lawsuit is now before the

court on the recommendation of the United States

Magistrate Judge that the habeas-corpus request be

denied as time-barred.   Also before the court are

petitioner's objections to the recommendation.   After

an independent and de novo review of the record, the

court concludes that the objections should be overruled

and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2018.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE